Opinion filed August 31, 2007 















 
 
  
 
 







 
 
  
 
 




Opinion filed August 31, 2007 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                  ___________

 

                                                          No. 11-06-00216-CV 

                                                    __________

 

                                        IN THE MATTER OF R.E.H.

 



 

                                              On
Appeal from the Juvenile Court

 

                                                          Taylor
County, Texas

 

                                                   Trial
Court Cause No. 3736-J

 



 

                                             M
E M O R A N D U M     O P I N I O N

Appellant
has filed in this court a motion to dismiss his appeal.  The motion is signed by both appellant and
his attorney.  

The
motion is granted, and the appeal is dismissed.        

 

 

PER
CURIAM

 

August 31, 2007

Panel
consists of:  Wright, C.J.,

McCall, J., and Strange, J.